# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 28, 2015

## NO. 03-14-00472-CR

**Jeffrey Sheldon Barnard, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM 207TH DISTRICT COURT OF COMAL COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
## DISMISSED AS MOOT -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the judgment of conviction signed by the trial court. Having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court dismisses the appeal as moot. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.